UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>JERMAINE N. POLITANO<br>a/k/a "RICO" | CRIMINAL NO. 05CR 10225 GAO<br>VIOLATION:<br>18 U.S.C. § 922(a)(1)(A) -- Engaging<br>In the Business of Dealing in<br>Firearms without a License |

## INDICTMENT

COUNT ONE: (18 U.S.C. § 922(a)(1)(A) -- Engaging in the Business of Dealing in Firearms Without a License)

The Grand Jury charges that:

From on or about April 19, 2005, to on or about April 21, 2005, at Brockton and elsewhere in the District of Massachusetts,

JERMAINE N. POLITANO,
a/k/a "RICO"

defendant herein, not being a licensed importer, manufacturer or dealer under the provisions of Chapter 44 of Title 18, United States Code, did willfully engage in the business of dealing in firearms, including:

one Walther 9mm semi-automatic pistol, bearing serial number 234585;

one Mossberg 20 gauge shotgun, bearing serial number L080661; and

one Beretta .25 caliber semi-automatic pistol, serial number obliterated

All in violation of Title 18, United States Code, Section 922(a)(1)(A) and Title 18, United States Code, Section 2.

**A TRUE BILL**

*Carol Thibodeau* (signature)
Foreperson of the Grand Jury

*(signature)*
Cynthia W. Lie
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS:                August 24, 2005

Returned into the District Court by the Grand Jurors and filed.

*Thomas F. (signature)*
Deputy Clerk

8/24/05 @ 2:55 pm

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**05 CR 10225 GAO**

<u>Criminal Case Cover Sheet</u>                                    <u>U.S. District Court - District of Massachusetts</u>

**Place of Offense:** Brockton          **Category No.** II          **Investigating Agency** ATF

**City** Brockton                       **Related Case Information:**

**County** Suffolk                      Superseding Ind./ Inf. _____    Case No. _____
                                        Same Defendant _____            New Defendant _____
                                        Magistrate Judge Case Number _____
                                        Search Warrant Case Number _____
                                        R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Jermaine N. Politano                 Juvenile   ☐ Yes   ☒ No

Alias Name    "RICO"

Address    157 School Street, Taunton, MA

Birth date (Year only):  86    SSN (last 4 #):  2230  Sex  M  Race: _____    Nationality: _____

**Defense Counsel if known:** _____                 **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Cynthia Lie                                   Bar Number if applicable _____

Interpreter:   ☐ Yes  ☒ No        List language and/or dialect: _____

Matter to be SEALED:  ☒ Yes   ☐ No

☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**   ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  8/23/05           Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

05CR 10225GAO

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Jermaine N. Politano a/k/a "RICO"

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 USC §922(a)(1)(A) | Engaging In The Business of Dealing in | 1 |
| Set 2  _____ | Firearms without a License | _____ |
| Set 3  _____ | _____ | _____ |
| Set 4  _____ | _____ | _____ |
| Set 5  _____ | _____ | _____ |
| Set 6  _____ | _____ | _____ |
| Set 7  _____ | _____ | _____ |
| Set 8  _____ | _____ | _____ |
| Set 9  _____ | _____ | _____ |
| Set 10 _____ | _____ | _____ |
| Set 11 _____ | _____ | _____ |
| Set 12 _____ | _____ | _____ |
| Set 13 _____ | _____ | _____ |
| Set 14 _____ | _____ | _____ |
| Set 15 _____ | _____ | _____ |

**ADDITIONAL INFORMATION:**