UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JERMAINE N. POLITANO )<br>) | 05-10225-GAO |

### GOVERNMENT'S MOTION TO UNSEAL

The United States Attorney hereby respectfully moves the Court to unseal this case, including the indictment, the warrant for arrest, this motion and the Court's order on this motion, and any other paperwork related to this matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
CYNTHIA W. LIE
Assistant U.S. Attorney

Dated: August 25, 2005