AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JERMAINE N. POLITANO
a/k/a "RICO"

**WARRANT FOR ARRE**[ST]

CASE NUMBER: 05CR 10225 G.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   JERMAINE N. POLITANO, a/k/a "RICO"
                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Engaging In the Business of Dealing in Firearms without a License

in violation of Title   United States Code, Section(s)  922(a)(1)(A)

Catherine M. Gawlik
Name of Issuing Officer

Supervisor
Title of Issuing Officer

Catherine M. Gawlik (signature)
Signature of Issuing Officer

Boston, MA
Date and Location

2005 AUG 24 P 4:59 RECEIVED [MAR]SHAL SERVICE

Bail fixed at $ _____ by _____
                           Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.