UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES of AMERICA**

**CRIMINAL**

**CASE NO. 05-10225-GAO**

V.

**JERMAINE N. POLITANO**

**Defendant**

**NOTICE**

**ALEXANDER, M.J.**

PLEASE TAKE NOTICE that the above-entitled case has been set for an INITIAL STATUS CONFERENCE On October 31, 2005 at 2:00 P.M. before Magistrate Judge Alexander in Courtroom # 24 on the 7th floor.

SARAH A. THORNTON,
CLERK OF COURT

9/29/05                By:   /s/ Eugenia Edge
Date                         Deputy Clerk

Electronic Notice sent to:

Atty. Cullen, Defense
Atty. Lie, Government

(Notice of Hearing.wpd - 3/7/2005)