*FILED IN OPEN COURT 10/31/05 (JL)*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 05-CR-10225 |
| ) | (GAO) |
| v. ) | |
| ) | |
| JERMAINE N. POLITANO ) | |

## JOINT STATUS REPORT

In accordance with LR 116.5(A), the parties hereby jointly file the following status report in this matter.

1. Local Rule 116.3 Timing Requirements

At this time the parties are not seeking relief from the timing requirements imposed by L.R. 116.3.

2. Expert Discovery

Should the case proceed to trial, the government expects to call an expert witness as to the firearms/ammunition in the case and will provide defense with these materials 30 days prior to trial and defendant will provide any expert materials 14 days before trial.

3. Additional Discovery

All Rule 16 and automatic discovery materials have been provided to defendant's counsel or made available for counsel's review.

4. Motion Date

No motions are anticipated at this time.

5. <u>Speedy Trial Act Calculations</u>

The parties have conferred on the periods excludable from all Speedy Trial Act calculations and jointly submit that the following periods are excludable:

    9/22/05-10/20/05    Automatic discovery 28 days

    10/21/05-10/30/05    10 days counted

The parties are requesting that the time between the filing of this status report and the date of the Final Status Conference be excluded from all Speedy Trial Act calculations in the interests of justice to allow the parties to discuss the possibility of a resolution of this case without trial.

As of the Final Status Conference, 10 days will have been counted and 60 days will remain under the Speedy Trial Act.

6. <u>Anticipated Trial</u>

At this time, it is likely that the case will result in a plea.

7. <u>Final Status Conference</u>

The parties request that a final status conference date be scheduled at the initial status conference to determine a time convenient for all parties and the Court.

Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        UNITED STATES ATTORNEY

By: _____
CYNTHIA W. LIE
Assistant U.S. Attorney
One Courthouse Way
Boston, MA
(617) 748-3183

Dated: ~~November~~ October 31, 2005

_____
ALBERT F. CULLEN
60 K STREET
SOUTH BOSTON, MA 02127

Dated: November 3, 2005