UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Criminal No. 05-CR-10225 |
| ) | (GAO) |
| v. ) | |
| ) | |
| **JERMAINE N. POLITANO** ) | |

### ASSENTED TO MOTION TO EXCLUDE TIME

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Cynthia W. Lie, Assistant U.S. Attorney, and the defendant, hereby respectfully move, pursuant to 18 U.S.C. § 3161(h) and Section 5(f)(4) of the Plan for the Prompt Disposition of Criminal Cases of the United States District Court for the District of Massachusetts, in computing time within which the trial of this matter shall commence under 18 U.S.C § 3161(c)(1), for an order to exclude time from the date of the initial status conference on October 31, 2005 to the date of the final status conference, December 16, 2005. Defense counsel assented to this exclusion of time in the joint status report.

Therefore, the government respectfully requests that the Court grant this Motion for an Order of excludable delay.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                                      By: */s/ Cynthia W. Lie*
                                      CYNTHIA W. LIE
                                      Assistant U.S. Attorney

Dated: November 1, 2005