```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Criminal No. 05-CR-10225 |
| | ) | (GAO) |
| v. | ) | |
| | ) | |
| **JERMAINE N. POLITANO** | ) | |

                          **STATUS REPORT**

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Cynthia W. Lie, Assistant U.S. Attorney, hereby files this status report as ordered by the Court. The government takes the position that the defendant's plea proposal discussed at the last conference appears to be acceptable. The parties anticipate a formalized plea agreement to be reached by the Rule 11 date of April 18, 2006.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                                    By: /s/ *Cynthia W. Lie*
                                    CYNTHIA W. LIE
                                    Assistant U.S. Attorney

Dated: March 9, 2006

                                 1