UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff | ) | CR. No. 05-10225 GAO |
| v. | ) | |
| | ) | |
| JERMAINE POLITANO | ) | |
|     Defendant | ) | |
| | ) | |

### NOTICE OF APPEAL

Now comes the Defendant Jermaine N. Politano by and through his undersigned attorney hereby appeals to the United States Court of Appeals for the First Circuit from the judgment of conviction and sentence entered in the United States District Court for the District of Massachusetts (Gorton, J.) on August 24, 2005.

Pursuant to Rule 32 (j)(1)(C) of the Fed. R. Crim. Pro. The Defendant is unable to pay appeal costs and hereby requests permission to appeal in forma pauperis.

> **JERMAINE POLITANO**
>
> By his attorney,
>
> /s/ *Albert F. Cullen, Jr.*
>
> BBO# 107900
> 60 K Street
> Boston, MA 02127
> (617) 268-2240

Dated: August 29, 2005

### CERTIFICATE OF SERVICE

I, Albert F. Cullen, Jr., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 29 day of August, 2006.

> /s/ *Albert F. Cullen, Jr.*
> Albert F. Cullen, Jr.