UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cr-10225

United States of America

v.

Jermaine Politano

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-17

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/29/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 15, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 9/15/06 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CRIMINAL DOCKET FOR CASE #: 1:05-cr-10225-GAO-ALL

Case title: USA v. Politano

Date Filed: 08/24/2005

Assigned to: Judge George A. O'Toole, Jr

### Defendant

**Jermaine N. Politano** (1)
*TERMINATED: 08/24/2006*
also known as
Rico (1)
*TERMINATED: 08/24/2006*

represented by **Albert F. Cullen, Jr.**
60 K Street
South Boston, MA 02127
617-268-2240
Fax: 617-268-2242
Email: afcullen@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

### Pending Counts

18:922A.F
IMPORTING/MANUFACTURING
FIREARMS - ENGAGING IN THE
BUSINESS OF DEALING IN
FIREARMS WITHOUT A
LICENSE 18 USC 922(a)(1)(A)
(1)

### Disposition

24 months imprisonment on count 1. Defendant is remanded to the custody of U.S. Marshal. 3 years supervised release on count 1. Defendant shall not possess a firearm; Defendant shall cooperate in the collection of DNA; Defendant is assessed $100.00. No fine imposed.

### Highest Offense Level (Opening)

Felony

### Terminated Counts

None

### Disposition

**Highest Offense Level (Terminated)**

None

**Complaints**                                         **Disposition**

None

**Plaintiff**

USA                                    represented by **Cynthia W. Lie**
                                                      United States Attorney's Office
                                                      John Joseph Moakley Federal Courthouse
                                                      1 Courthouse Way
                                                      Suite 9200
                                                      Boston, MA 02210
                                                      617-748-3183
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/24/2005 | 1 | SEALED INDICTMENT as to Jermaine N. Politano (1) count(s) 1. (Costello2, Helen) Additional attachment(s) added on 8/25/2005 (Smith3, Dianne). (Entered: 08/24/2005) |
| 08/24/2005 | 3 | GOVERNMENT'S MOTION to Seal and MOTION to Unseal Case upon defendant's arrest as to Jermaine N. Politanoby USA. (Costello2, Helen) (Entered: 08/24/2005) |
| 08/24/2005 | 4 | Judge George A. O'Toole Jr.: ORDER entered. ORDER REFERRING CASE to Magistrate Judge Joyce London Alexander Reason for referral: Pretrial Proceedings as to Jermaine N. Politano (Costello2, Helen) Additional attachment(s) added on 8/25/2005 (Smith3, Dianne). (Entered: 08/24/2005) |
| 08/25/2005 | 5 | MOTION to Unseal Case as to Jermaine N. Politanoby USA. (Smith3, Dianne) (Entered: 08/25/2005) |
| 08/25/2005 |  | Judge Joyce London Alexander : endorsement on motionORDER entered granting 5 Motion to Unseal Case as to |

| | | |
|---|---|---|
| | | Jermaine N. Politano (1) (Smith3, Dianne) (Entered: 08/25/2005) |
| 08/25/2005 | | Motions terminated as to Jermaine N. Politano: [3] MOTION to Seal MOTION to Unseal Case filed by USA,. (Motion to unseal granted) (Smith3, Dianne) (Entered: 08/25/2005) |
| 09/16/2005 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Initial Appearance as to Jermaine N. Politano held on 9/16/2005; AUSA Pellegrini and Attorney Cullen for the dft.; USMJ Dein informs the dft. of his rights and charges; Dft. submits cja 23 and requests counsel; Attorney Cullen is appointed; Govt. moves for detention and continuance; USMJ Dein order the dft. to temporary detention pending hearing on 9/21/05 @ 2:00pm. before USMJ Alexander. Counsel are instructed to contact Alexander's session to confirm date and time of hearing. (Court Reporter DR.) (Quinn, Thomas) (Entered: 09/16/2005) |
| 09/16/2005 | | Attorney update in case as to Jermaine N. Politano. Attorney Albert F. Cullen, Jr for Jermaine N. Politano added. (Quinn, Thomas) (Entered: 09/19/2005) |
| 09/19/2005 | | NOTE: CHANGE OF TIME OF DETENTION Hearing as to Jermaine N. Politano: Detention Hearing NOW set for 9/21/2005 AT ==> 04:00 PM before Magistrate Judge Joyce London Alexander. (Edge, Eugenia) (Entered: 09/19/2005) |
| 09/21/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge Joyce London Alexander: Arraignment for Jermaine N. Politano (1) held on 9/21/2005; Cynthia Lie for the govt., Basil Cronin for Pretrial Services and Albert Cullen for the deft.; Counsel for the deft. informs the court that the deft. consents to voluntary detention without prejudice; The deft. is sworn and the court questions the deft.; The deft. waives the reading of the indictment in its entirety and pleads not guilty to count 1 of the indictment; The deft. is remanded to the custody of the U.S. Marshals. (Digital Recording #4:10 PM-4:25 PM.) (Saccoccio, Dianalynn) (Entered: 09/22/2005) |
| 09/26/2005 | 6 | Arrest Warrant Returned Executed on 9/16/05. as to Jermaine N. Politano. (Edge, Eugenia) (Entered: 09/29/2005) |
| 09/28/2005 | 7 | Set Hearings as to Jermaine N. Politano: Initial Status Conference set for 10/31/2005 02:00 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. cc/cl (Edge, |

| | | |
|---|---|---|
| | | Eugenia) Additional attachment(s) added on 9/29/2005 (Edge, Eugenia). (Entered: 09/29/2005) |
| 10/31/2005 | 9 | Joint STATUS REPORT by Jermaine N. Politano, USA as to Jermaine N. Politano (Lovett, Jarrett) (Entered: 11/02/2005) |
| 10/31/2005 | | ELECTRONIC NOTICE OF HEARING as to Jermaine N. Politano: Final Status Conference set for 12/16/2005 02:00 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Lovett, Jarrett) (Entered: 11/04/2005) |
| 11/01/2005 | 8 | *****DISREGARD THIS MOTION AS IT WAS FILED IN THE WRONG CASE*****. Assented to MOTION for Excludable Delay from October 31, 2005 to December 16, 2005 as to Jermaine N. Politanoby USA. (Lie, Cynthia) Modified on 11/3/2005 TO ADD TEXT AND TERMINATE MOTION.(Edge, Eugenia). (Entered: 11/01/2005) |
| 11/02/2005 | 10 | *****DISREGARD THIS MOTION AS IT WAS FILED IN THE WRONG CASE*****. Assented to MOTION to Exclude *Time* as to Jermaine N. Politanoby USA. (Lie, Cynthia) Modified on 11/3/2005 TO ADD TEXT AND TERMINATE MOTION (Edge, Eugenia). (Entered: 11/02/2005) |
| 11/02/2005 | 11 | Assented to MOTION to Exclude *time from October 31, 2005 to December 16, 2005* as to Jermaine N. Politanoby USA. (Lie, Cynthia) (Entered: 11/02/2005) |
| 11/03/2005 | | Notice of correction to docket made by Court staff. Correction: See Entries #8 & #10 corrected because: These entries were made in the wrong case. Should have been filed in 05-10222-DPW not 05-10225-GAO as to Jermaine N. Politano (Edge, Eugenia) (Entered: 11/03/2005) |
| 11/03/2005 | | Magistrate Judge Joyce London Alexander : ElectronicORDER entered granting 11 Assented to Motion to Exclude as to Jermaine N. Politano (1) (Lovett, Jarrett) (Entered: 11/04/2005) |
| 11/03/2005 | | Magistrate Judge Joyce London Alexander : Electronic ORDER entered. ORDER ON EXCLUDABLE DELAY as to Jermaine N. Politano Time excluded from 10/31/05 until 12/16/05. (Lovett, Jarrett) (Entered: 12/16/2005) |
| 12/16/2005 | | ElectronicClerk's Notes for proceedings held before Magistrate Judge Joyce London Alexander : Final Status Conference as to Jermaine N. Politano held on 12/16/2005: AUSA Lie, Atty |

| | | |
|---|---|---|
| | | Cullen for the Deft. Final Status Conference Report filed in open court. Case to be returned to Judge George A. O'Toole. (Digital Recording.) (Lovett, Jarrett) (Entered: 12/16/2005) |
| 12/16/2005 | | Case as to Jermaine N. Politano no longer referred to Magistrate Judge Joyce London Alexander. (Lovett, Jarrett) (Entered: 12/16/2005) |
| 12/16/2005 | 12 | Magistrate Judge Joyce London Alexander : Final Status Conference Report as to Jermaine N. Politano (Lovett, Jarrett) (Entered: 12/19/2005) |
| 12/21/2005 | | NOTICE OF HEARING as to Jermaine N. Politano Status Conference set for 1/12/2006 02:30 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 12/21/2005) |
| 01/04/2006 | | Set/Reset Hearings as to Jermaine N. Politano: Status Conference set for 1/25/2006 02:30 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 01/04/2006) |
| 01/25/2006 | | Electronic Clerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Status Conference as to Jermaine N. Politano held on 1/25/2006 Status Conference set for 2/23/2006 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. All time excluded from 1/25/06 to 2/23/06.(Court Reporter Jim Gibbons.) (Lyness, Paul) (Entered: 01/25/2006) |
| 02/23/2006 | | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Status Conference as to Jermaine N. Politano held on 2/23/2006. Government to file a brief within two weeks in response to the question whether the government will owe a proffered plea on the terms suggested or will insist on a plea to the full indictment. Defense to respond to the government's brief 10 days thereafter. Either a hearing or Change of Plea set for 4/18/2006 02:30 PM in Courtroom 9 before Judge George A. O'Toole Jr.. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 02/28/2006) |
| 03/03/2006 | | Judge George A. O'Toole Jr.: Electronic ORDER entered terminating [3] Motion to Unseal Case as to Jermaine N. Politano (1), as this motion has previously been resolved. (Lyness, Paul) (Entered: 03/03/2006) |
| 03/09/2006 | 13 | STATUS REPORT by USA as to Jermaine N. Politano (Lie, |

| | | |
|---|---|---|
| | | Cynthia) (Entered: 03/09/2006) |
| 04/18/2006 | 🔵 | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Change of Plea Hearing as to Jermaine N. Politano held on 4/18/2006. Government- Timothy Feeley for Cynthia Lie. Defendant- Albert Cullen. Government has requested a short continuance of the Rule 11 hearing in order to find out who has been assigned to this case. Counsel to file an assented to motion for a continuance. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 04/18/2006) |
| 05/01/2006 | 🔵 | Set/Reset Hearings as to Jermaine N. Politano: Change of Plea Hearing set for 5/3/2006 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 05/01/2006) |
| 05/03/2006 | 🔵 | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Change of Plea Hearing as to Jermaine N. Politano held on 5/3/2006, Plea entered by Jermaine N. Politano (1) Guilty Count 1. PSR Ordered. Defendant continued Remanded. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 05/03/2006) |
| 05/03/2006 | 🔵14 | )Judge George A. O'Toole Jr.: ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Jermaine N. Politano Sentencing set for 8/16/2006 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. (Lyness, Paul) (Entered: 05/03/2006) |
| 08/07/2006 | 🔵15 | SENTENCING MEMORANDUM by Jermaine N. Politano (Cullen, Albert) (Entered: 08/07/2006) |
| 08/08/2006 | 🔵 | Reset Hearings as to Jermaine N. Politano: Sentencing set for 8/24/2006 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 08/08/2006) |
| 08/10/2006 | 🔵 | Terminate Deadlines and Hearings as to Jermaine N. Politano: (Lyness, Paul) (Entered: 08/10/2006) |
| 08/24/2006 | 🔵 | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Sentencing held on 8/24/2006 for Jermaine N. Politano (1), Count(s) 1, 24 months imprisonment on count 1. Defendant is remanded to the custody of U.S. Marshal. 3 years supervised release on count 1. Defendant shall not possess a firearm; Defendant shall cooperate in the |

| | | |
|---|---|---|
| | | collection of DNA; Defendant is assessed $100.00. No fine imposed.. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 08/24/2006) |
| 08/24/2006 | 16 | Judge George A. O'Toole Jr.: ORDER entered. JUDGMENT as to Jermaine N. Politano (1), Count(s) 1, 24 months imprisonment on count 1. Defendant is remanded to the custody of U.S. Marshal. 3 years supervised release on count 1. Defendant shall not possess a firearm; Defendant shall cooperate in the collection of DNA; Defendant is assessed $100.00. No fine imposed. (Lyness, Paul) Additional attachment(s) added on 8/25/2006 (Lyness, Paul). (Entered: 08/25/2006) |
| 08/29/2006 | 17 | NOTICE OF APPEAL by Jermaine N. Politano NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 9/18/2006. (Cullen, Albert) (Entered: 08/29/2006) |