UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Cr. No. 05-cr-10225-GAO |
| | : |
| JERMAINE N. POLITANO | : |

**NOTICE OF APPEARANCE OF LEAH B. FOLEY**

Please enter and add the appearance of Assistant U.S. Attorney Leah B. Foley for the United States of America in the above-captioned matter.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                By:  ***/s/ Leah B. Foley***
                                        LEAH B. FOLEY
                                        Assistant U.S. Attorney
                                        1 Courthouse Way, Suite 9200
                                        Boston, MA 02210
                                        (617) 748-3144
Dated: January 25, 2007              leah.foley@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

Suffolk, ss.                                       Boston, Massachusetts
                                                   January 25, 2007

    I, Leah B. Foley, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing on defendant's attorney by electronic filing.

<u>/s/ Leah B. Foley</u>
LEAH B. FOLEY
Assistant U.S. Attorney
